UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JUAN CARLOS GIL,

        Plaintiff,

v.                                                              CASE NO. 1:16-cv-24157-RNS

TILLY'S, INC.
DBA WORLD OF JEANS AND TOPS,

        Defendant.

_____/

**<u>DEFENDANT'S NOTICE OF SETTLEMENT</u>**

Defendant, Tilly's, Inc. d/b/a World of Jeans and Tops, hereby gives notice to the Court that Plaintiff's claims against the Defendant have been settled through informal settlement efforts by the parties' counsel. The parties will exchange final settlement documents, and expect to be in a position to file a request for dismissal of this action, with prejudice, within twenty-one (21) days

Dated this <u>21st</u> day of November, 2016.

                                            Respectfully submitted,

                                            */s/ Beth S. Joseph*
                                            Anne Marie Estevez
                                              Florida Bar No. 991694
                                              Email: annemarie.estevez@morganlewis.com
                                            Beth S. Joseph
                                              Fla. Bar No. 0062952
                                              Email: beth.joseph@morganlewis.com
                                            Morgan, Lewis & Bockius LLP
                                            200 South Biscayne Boulevard
                                            Suite 5300
                                            Miami, FL 33131-2339
                                            Telephone: 305.415.3330
                                            Facsimile: 877.432.9652

                                            *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on November 21, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

Scott R. Dinin, Esq.
Florida Bar No. 97780
Email: inbox@dininlaw.com
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida 33127
Telephone: (786) 431-1333
*Counsel for Plaintiff*

                            */s/ Beth S. Joseph*
                            Beth S. Joseph